**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-7758

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEON STRICKLAND,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, District Judge.  (CR-98-82)

---

Submitted:  March 25, 2005          Decided:  April 18, 2005

---

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leon Strickland, Appellant Pro Se.   Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leon Strickland appeals the district court's orders denying relief on his motion for relief from a court-ordered fine. Our review of the record and the district court's orders discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Strickland, No. CR-98-82 (E.D.N.C. Aug. 9, 2004 & Sept. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED